UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD LEDON JACKSON (13),<br><br>                            Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>                            Respondent. | Civil No.: 17cv00213 JAH<br>Criminal No.: 13cr04510-13 JAH<br><br>**ORDER GRANTING REQUEST TO WITHDRAW PETITION**<br><br>**[28 U.S.C. § 2255]** |

Petitioner Ronald Ledon Jackson filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. The United States filed a response in opposition. Thereafter, Petitioner filed a document notifying the Court he no longer wishes to pursue his section 2255 motion as he is satisfied with the outcome of his case and wishes to continue serving his "fair sentence." Request at 1 (Doc. No. 1999). Construing the document as a request to withdraw, and good cause appearing, IT IS HEREBY ORDERED Petitioner's request to withdraw his petition is GRANTED. The petition is DISMISSED without prejudice.

DATED: August 21, 2019

                                                                      _____<br>
                                                                       JOHN A. HOUSTON<br>
                                                                       United States District Judge